# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER WILLIAMS, | : | Civil No. 3:24-cv-77 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WARDEN DAVE WAPINSKY, C.O. MATTHEW DONNELLY, | : | |
| Defendants | : | |

FILED
SCRANTON
JAN 30 2024
PER_____
DEPUTY CLERK

## ORDER

**AND NOW**, this 29th day of January, 2024, upon consideration of the *pro se* Plaintiff's complaint (Doc. 1), accompanied by an application to proceed *in forma pauperis* (Doc. 2), and the prisoner trust fund account statement (Doc. 7), **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's application to proceed *in forma pauperis* is **GRANTED**. (Doc. 2).

2. Plaintiff shall pay the full filing fee of $350.00, based on the financial information provided in the application to proceed *in forma pauperis*. The full filing fee shall be paid regardless of the outcome of the litigation.

3. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/Warden, or other appropriate official at Plaintiff's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

    a. The average monthly deposits in the inmate's prison account for the past six months, or

    b. The average monthly balance in the inmate's prison account for the past six months.

The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in Plaintiff's inmate trust fund account exceeds $10.00, the Superintendent/Warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number.

4. The Clerk of Court is directed to **SEND** a copy of this Order to the Superintendent/Warden of the institution wherein Plaintiff is presently confined.

5. The complaint is **DEEMED** filed.

6. In accordance with Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court is directed to **SERVE** a copy of the complaint (Doc. 1), notice of lawsuit and request to waive service of summons (form AO 398), waiver of the service of summons (form AO 399), and this Order on the named Defendants. In the interests of efficient administrative judicial economy, the Court requests that Defendants waive service pursuant to Federal Rule of Civil Procedure 4(d).

7. If service is unable to be completed due to Plaintiff's failure to properly name the Defendants, or provide an accurate mailing address for the Defendants, Plaintiff will be required to correct this deficiency. Failure to comply may result in the dismissal of Plaintiff's claims against the Defendants pursuant to Federal Rule of Civil Procedure 4(m)

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge