IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER WILLIAMS, | : | Civil No. 3:24-cv-77 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WARDEN DAVE WAPINSKY, C.O. MATTHEW DONNELLY, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 26th day of April, 2024, upon consideration of Defendants' motion (Doc. 13) to dismiss, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 13) is **GRANTED**. The complaint (Doc. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is deemed frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge